IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENTSPLY INTERNATIONAL, INC., et al.

Plaintiffs,

v.                                                             Case No. CIV 12-00104 MCA/WDS

LEWIS AND ROCA, LLP, et al.

Defendants.

## AMENDED SCHEDULING ORDER

| Case Management Deadlines | Dates |
|---|---|
| Termination date for discovery | April 30, 2013 |
| Motions relating to discovery (including but not limited to, motions to compel and motions for protective order) | May 10, 2013 |
| Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and to provide expert reports | Feb. 1, 2013 |
| All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports | March 4, 2013 |
| Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing party | May 15, 2013 |

All trial and pretrial dates reflected in the Clerk's Minute Order of July 19, 2012 shall remain unchanged.

SO ORDERED this 26th day of October, 2012.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge