IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| DENTSPLY INTERNATIONAL, INC., et al. | * | |
| Plaintiffs, | * | |
| v. | * | Case No. CIV 12-00104 MCA/WDS |
| LEWIS AND ROCA, LLP, et al. | * | |
| Defendants. | * | |

### (PROPOSED) AMENDED SCHEDULING ORDER REGARDING DEADLINE FOR EXPERT DESIGNATIONS

THIS MATTER having come before the Court upon the Parties' Joint Consent Motion to Extend Deadlines to Designate Experts being fully advised in the premises, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the deadlines to designate experts shall be as follows:

| **Case Management Deadlines** | **Dates** |
|---|---|
| Plaintiffs shall identify to all parties in writing any expert witness to be used by Plaintiffs at trial and to provide expert reports | Feb. 8, 2013 |
| All other parties shall identify in writing any expert witness to be used by such parties at trial and to provide expert reports | March 11, 2013 |

All other dates in the October 26, 2012 Amended Scheduling Order shall remain unchanged. All trial and pretrial dates reflected in the Clerk's Minute Order of July 19, 2012 shall remain unchanged.

SO ORDERED this 20th day of December, 2012.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge