IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENTSPLY INTERNATIONAL, INC.,
a Delaware Business Corporation, and
TULSA DENTAL PRODUCTS, LLC,
a Delaware Limited Liability Company,

     Plaintiffs,

vs.                                             Civ. No. 12-0104 KG/ACT

LEWIS AND ROCA, LLP
and THOMAS P. GULLEY, ESQ.,

     Defendants.

## PARTIAL SUMMARY JUDGMENT AS TO DEFENDANT GULLEY

Having granted Defendant Thomas P. Gulley, Esq.'s Motion For Partial Summary Judgment As To Count II Of Complaint Against Defendant Gulley And Memorandum In Support Thereof (Doc. 38), filed July 26, 2012, in a Memorandum Opinion And Order entered contemporaneously with this Partial Summary Judgment As To Defendant Gulley,

IT IS ORDERED that:

1. summary judgment is entered in Defendant Gulley's favor as to Count II of the Complaint And Demand For Trial By Jury (Doc. 1); and

2. Count II of the Complaint And Demand For Trial By Jury (Doc. 1) is dismissed with prejudice as to Defendant Gulley.

_____
UNITED STATES DISTRICT JUDGE