

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 0 9 2014
8:00 AM

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENTSPLY INTERNATIONAL, INC., *et al.*,

Plaintiffs,

v.                                          Case No. CIV 12-00104 KG/ACT

LEWIS AND ROCA, LLP, *et al.*,

Defendants.

## STIPULATED ORDER CONTINUING THE STAYING OF THE PROCEEDINGS PENDING MEDIATION

THIS MATTER came before the Court pursuant to the Parties' Joint Consent Motion to Continue the Stay of the Proceedings Pending Mediation. The Court being advised that the motion is jointly filed and that all parties consent and FINDING that the motion is WELL-TAKEN, concludes that the motion should be GRANTED.

IT IS HEREBY ORDERED that all proceedings in this case shall be stayed pending mediation;

IT IS FURTHER ORDERED that mediation shall be conducted by February 19, 2014;

IT IS FURTHER ORDERED that the parties shall jointly advise the Court and the Magistrate within 5 days of the conclusion of the mediation whether the case has resolved. If the matter has not resolved, the parties will promptly request a status and scheduling conference with the Magistrate to establish the balance of the pre-trial schedule;

IT IS FURTHER ORDERED that any oppositions or replies to motions that were filed as of the date of this Court's October 29, 2103 Order but which had not been responded to shall be filed within 15 days from the date the stay is lifted in this case.

KENNETH J. GONZALES
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

**Attorneys for Plaintiffs:**

GOODELL DEVRIES LEECH & DANN, LLP

By  /s/ Jeffrey J. Hines
   Submitted electronically on January 7, 2014
   Richard M. Barnes
   Jeffrey J. Hines
   Cheryl Zak Lardieri
   Goodell Devries Leech & Dann, LLP
   One South Street, 20th Floor
   Baltimore, Maryland  21202
   Telephone:  (410) 783-4000
   E-Mail:  rmb@gdldlaw.com
   E-Mail:  jjh@gdldlaw.com
   E-Mail:  clardieri@gdldlaw.com

*and*

Stevan Douglas Looney
Sutin, Thayer & Browne
P.O. Box 1945
Albuquerque, New Mexico  87103-1945
Telephone:  (505) 883-2500
Facsimile:  (505) 888-6565
E-Mail:  sdl@sutinfirm.com

**Attorneys for Defendants:**

KELEHER & McLEOD, P.A.
By  /s/ W. Spencer Reid
   W. Spencer Reid
   Kurt Wihl
   Justin B. Breen
   P.O. Box AA
   Albuquerque, New Mexico  87103
   Telephone:  (505) 346-4646
   Facsimile:  (505) 346-1370
   E-Mail:  sr@keleher-law.com
   E-Mail:  kw@keleher-law.com
   E-Mail:  jbb@keleher-law.com