IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENTSPLY INTERNATIONAL, INC., et al.,

      Plaintiffs,

v.                                                   CV 12-0104 KG/WPL

LEWIS AND ROCA, LLP, et al.,

      Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

I am informed that the parties have reached a negotiated resolution of this matter. IT IS THEREFORE ORDERED that:

1) closing documents must be filed no later than **March 27, 2014**; and

2) all settings in this case before United States Magistrate Judge William P. Lynch are vacated (all other settings shall remain the same unless otherwise notified by the presiding judge).

IT IS SO ORDERED.

                                                                     William P. Lynch
                                                                     United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.