IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENTSPLY INTERNATIONAL, INC., et al.,

    Plaintiffs,

v.                                                  No. 1:12-CV-00104-KG/WPL

LEWIS AND ROCA, LLP, et al.,

    Defendants.

## AGREED ORDER EXTENDING
## DEADLINE FOR SUBMITTING CLOSING DOCUMENTS

THIS MATTER came before the Court on the Joint Motion of Plaintiffs and Defendants to extend the Court-imposed deadline for submitting closing documents to the Court. The Court has reviewed the joint motion and is otherwise apprised of the circumstances and the file herein. The Court finds that the joint motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the deadline for the parties to submit closing documents to the Court is hereby extended through and including April 30, 2014.

_____
**WILLIAM P. LYNCH**
United States Magistrate Judge

**APPROVED:**

**KELEHER & McLEOD, P.A.**

By: _/ s/  Kurt Wihl_
W. Spencer Reid
Kurt Wihl
Justin B. Breen
P.O. Box AA
Albuquerque, New Mexico  87103
Telephone:  (505) 346-4646
*Attorneys for Defendants*

**GOODELL DEVRIES LEECH & DANN LLP**

By: _approved Jeffrey J. Hines 3/25/14_
Richard M. Barnes
Jeffrey J. Hines
Cheryl Zak Lardieri
Goodell Devries Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
Telephone:  (410) 783-4000
*Attorneys for Plaintiffs*

214163 / 12545.001