IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DENTSPLY INTERNATIONAL, INC.,
a Delaware Business Corporation, and
TULSA DENTAL PRODUCTS, LLC,
a Delaware Limited Liability Company,

      Plaintiffs,

v.                                            No. 1:12-CV-00104-KJG-ACT

LEWIS AND ROCA, LLP
and THOMAS P. GULLEY, ESQ.,

      Defendants.

### STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW THE PARTIES and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), herewith stipulate to the dismissal of all claims made or which could have been made herein, with prejudice, with each party to bear their own attorney fees and costs. This dismissal is without prejudice to each party's right to seek enforcement of the parties' settlement agreement.

            Respectfully submitted,

            **KELEHER & McLEOD, P.A.**

            By: */s/ W. Spencer Reid*
            Electronically filed on April 21, 2014
            W. Spencer Reid
            *Attorneys for Defendants*
            P.O. Box AA
            Albuquerque, New Mexico  87103
            Telephone:  (505) 346-4646; fax: (505) 346-1370
            E-Mail:  sr@keleher-law.com

            and

            Cheryl Zak Lardieri
            Goodell Devries Leech & Dann, LLP
            One South Street, 20th Floor
            Baltimore, Maryland  21202
            Telephone:  (410) 783-4000
            E-Mail:  clardieri@gdldlaw.com

## CERTIFICATE OF SERVICE

THIS HEREBY CERTIFIES that on April 21, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice Of Electronic Filing:

**Attorneys for Plaintiffs:**
Stevan Douglas Looney
Sutin, Thayer & Browne
P.O. Box 1945
Albuquerque, New Mexico  87103-1945
Telephone:  (505) 883-2500
Facsimile:  (505) 888-6565
E-Mail:  sdl@sutinfirm.com

*and*

Richard M. Barnes
Jeffrey J. Hines
Cheryl Zak Lardieri
Goodell Devries Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
Telephone:  (410) 783-4000
E-Mail:  rmb@gdldlaw.com
E-Mail:  jjh@gdldlaw.com
E-Mail:  clardieri@gdldlaw.com

/s/ *W. Spencer Reid*
W. Spencer Reid